| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **TRINIDAD, Roberto Enrique** | NAME OF JUDGE | |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 12/14/07 | TO 12/13/09 |

OFFENSE

Possession With Intent to Distribute Marijuana in Mexico - TREATY CASE

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Northern District of Illinois</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

JUDGE DOW
MAGISTRATE JUDGE MASON   08CR   394

N/A _____   N/A _____
Date                      United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>Northern</u> DISTRICT OF <u>Illinois</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**FILED**
MAY 1 4 2008 CM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

X MAY 1 2 2008 _____   X _____
Effective Date                        United States District Judge



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301)492-5821
Facsimile: (301)492-5525

December 13, 2007

Warden
La Tuna FCI
FCI La Tuna
8500 Doniphan Road
Anthony, New Mexico-Texas 88021

RECEIVED
DEC 1 8 2007
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

**08CR 394**
**JUDGE DOW**
**MAGISTRATE JUDGE MASON**

Dear Warden:

Enclosed is the Transfer Treaty Determination pursuant to 18 U.S.C. §4106(A) for Roberto TRINIDAD, Reg. No. 95734-180.

Please ensure that the above-named and the BOP Records Office receive copies of the enclosures. In addition, please return an original signed and witnessed copy of the Conditions of Release to this office. We will then forward a copy to the U.S. Probation Office. Also, please provide a copy of the signed Conditions of Release to Mr. TRINIDAD and place a copy in the central file.

Thank you for your cooperation.

Sincerely,

THOMAS W. HUTCHISON
Chief of Staff

Maria D. Rustin
Parole Action Review Specialist

Enclosures

cc:  Chief U.S. Probation Officer
     Northern District of Illinois
     55 East Monroe Street
     1500 Mid Continental Plaza
     Chicago, IL  60603

**RECEIVED**

MAY 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MDR

# TRANSFER TREATY DETERMINATION UNDER 18 U.S.C. §4106A

Name: TRINIDAD, Roberto

Institution: La Tuna FCI

Register Number: 95734-180

Date: November 30, 2007

### Offense

Transferee was convicted of Possession With Intent to Distribute Marijuana in Mexico and sentenced to serve 10 years imprisonment. The Commission finds that transferee's offense is most similar to Possession With Intent Distribute a Controlled Substance.

### Sentencing Guideline Determination

The Commission finds that transferee's total offense level is 13, transferee's criminal history category is I, and the guideline range applicable to transferee is 12-18 months.

### Release Date Determination

The Commission sets a release date after service of 13 months. Foreign labor credits and good conduct time credits, if any, will be deducted from this release date under Bureau of Prisons' procedures.

### Period and Conditions of Supervised Release

The Commission finds that transferee is subject to a maximum period of supervised release of 2 years and that the applicable guideline period of supervised release under §5D1.2 is 24 to 36 months.

## TRANSFER TREATY DETERMINATION UNDER 18 U.S.C. §4106A

Name: TRINIDAD, Roberto                               Institution: La Tuna FCI

Register Number: 95734-180                            Date:  November 30, 2007

### Period of Supervised Release

The Commission orders that transferee, immediately upon release from imprisonment, begin serving a 24-month period of supervised release, or until the full-term date of transferee's foreign sentence (currently calculated to be 12/04/2007), whichever is earlier. If the full-term date of transferee's foreign sentence occurs before completion of the period of supervised release the Commission has imposed, transferee's period of supervised release shall end on the date transferee's foreign sentence expires.

### Conditions of Supervised Release

The Commission imposes the standard conditions of supervised release (see attached).

_____        12/4/07
Isaac Fulwood, National Commissioner    Date

_____        12-5-07
Cranston J. Mitchell, National Commissioner    Date

### Notice

This determination was made on the record without a hearing because transferee waived a hearing to expedite the decision.

This action may be appealed within 45 days after receipt to the United States Court of Appeals for the circuit in which transferee is imprisoned. The notice of appeal must be filed in accordance with Title IV of the Federal Rules of Appellate Procedure. A notice of appeal must also be filed with the United States Parole Commission (to the attention of the General Counsel's office).

# TRANSFER TREATY DETERMINATION UNDER 18 U.S.C. §4106A

Name: TRINIDAD, Roberto                    Institution: La Tuna FCI

Register Number: 95734-180                  Date:     November 30, 2007

While on supervised release, you shall abide by the following conditions:

1. You shall report in person to the probation office in the district to which you are released within 72 hours of release from the custody of the Bureau of Prisons;

2. You shall not commit another federal, state or local crime;

3. You shall not leave the judicial district without the permission of the court or probation officer;

4. You shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

5. You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

6. You shall support your dependents and meet other family responsibilities;

7. You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

8. You shall notify the probation officer within seventy-two hours of any change in residence or employment;

9. You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. Pursuant to 18 U.S.C. §3583(g), the revocation of supervised release is mandatory for possession of a controlled substance;

10. You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

11. You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

12. You shall permit a probation officer to visit you at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

13. You shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

14. You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

**TRANSFER TREATY DETERMINATION UNDER 18 U.S.C. §4106A**

Name:  TRINIDAD, Roberto                          Institution:  La Tuna FCI

Register Number:  95734-180                        Date:       November 30, 2007

15. As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm your compliance with such notification requirement;

16. You shall not possess a firearm or other dangerous weapon.

**NOTE:** If the Commission has ordered a period of supervised release that expires before the full term of your foreign sentence, your foreign sentence remains in effect and continues to serve as the maximum authorized term that you may be required to serve. The district court will, therefore, have the option under 18 U.S.C. §3583(e)(2) to extend your period of supervised release to the full term of your foreign sentence. If your supervised release is revoked, the district court may order any combination of reimprisonment and supervised release that does not exceed the sentence imposed by the foreign court, as authorized by 18 U.S.C. §4106A(b)(1)(C).

I have read, or had read to me, the conditions of release printed on this statement and received a copy thereof. I fully understand the conditions and know that if I violate any conditions, I may have my supervised release revoked.

_____              _____
Signature of Transferee                                         Reg. No. 95734-180


_____              _____
Witnessed                                                              Date


An original signed copy of this statement must be returned to the National Appeals Board of the U.S. Parole Commission within 10 days of receipt.

## TRANSFER OF JURISDICTION FOR SUPERVISED RELEASEES TRANSFERRED TO U.S. PURSUANT TO TREATY

| | |
|---|---|
| Name & Address of Supervised Releasee:<br><br>TRINIDAD, Roberto | Register Number:<br><br>95734-180 |

| | |
|---|---|
| Country of Transfer & Offense:<br><br>Mexico<br><br>Possession With Intent to Distribute Marijuana | Period of Supervised Release:<br><br>24 Months<br><br>NOTE: The period may extend to the foreign full-term date, but no longer. Full-term date controls unless supervised releasee absconds. |

Pursuant to 18 U.S.C. §4106A(b)(3) the jurisdiction over the above named supervised releasee is conferred upon the United States District Court for the Northern District of Illinois. Along with this Notice of Transfer of Jurisdiction are the records compiled by the U.S. Parole Commission for the purpose of determining a release date and periods and conditions of supervised released pursuant to 18 U.S.C. §4106A(b)(1)(A). The transfer of jurisdiction is effective on the date that this transfer is filed with the district court clerk or on the date the transferee is released from custody, whichever is earlier.

_____    12/4/0_
Isaac Fulwood, National Commissioner

_____    12-5-07_
Cranston J. Mitchell, National Commissioner             Date

BP-S522.051 SUPERVISION RELEASE PLAN CDFRM
SEP 99'
U. S. DEPARTMENT OF JUSTICE　　　　　　　　　　　　　　　FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Institution Name: FCI La Tuna<br>Address:　　P.O. Box 1000<br>　　　　　　Anthony, NM/TX 88021<br>Phone Number:　(915) 886-6600 | Date: December 14, 2007 |

**RECEIVED DEC 26 2007 U.S. PROBATION OFFICE CHICAGO, ILLINOIS**

Federal Bureau of Prisons
U. S. Department of Justice
Washington, D.C.

Gentlemen:

Under the law I become eligible for　　☒ Supervised Release
**RELEASE**　　　　　　　　　　　　　　　☐ Parole　　　　　on　December 14, 2007
　　　　　　　　　　　　　　　　　　　　☐ Mandatory Release　　　　　(date)

In accordance therewith I submit the following as my plans for the service of the remainder of my sentence under supervision. Pursuant to my sentence, I must report in person to the United States Probation Office within 72 hours of my release.
(Type or Print)

**RESIDENCE**
　Address
　With Whom
　Relationship
　Telephone Number (if available)

**EMPLOYER**　　　　　　　　　　　To be secured upon release
　Address
　Telephone Number (if available)
　Nature of Business

| TO BE COMPLETED BY INSTITUTION STAFF | |
|---|---|
| SENTENCING DISTRICT | Republic of Mexico |
| DETAINERS | None |
| SPECIAL CONDITIONS | See attached Treaty Transfer Determination from the U.S. Parole Commission. |
| REMARKS | Inmate Trinidad is an immediate release, due to the U.S. Parole Commission determination. He has been advised to report in person to the USPO upon arrival. |

| Printed Name and Signature of Inmate<br><br>Trinidad, Roberto Enrique | Register No.<br><br>95734-180 |
|---|---|
| Witness (Case Manager) Printed Name and Signature<br><br>Aldo R. Montes | Date<br><br>12-10-2007 |
| Review (Unit Manager) Printed Name and Signature<br><br>Jesse Gonzalez | Date<br><br>12-10-2007 |

This form is to be completed by all individuals subject to supervision by the U.S. Probation Office. This includes Supervised Release, Parole, Mandatory Release, Mandatory Release to Special Parole, Special Parole and Court Designated Parole.
Record Copy - Institution; Copy - U.S. Probation Office; Copy - Inmate




# Inmate Locator

**Locate a Federal Inmate**
(includes all inmates from 1982 to present)



| Name | Register Number | Age | Race | Sex | Release Date Actual / Projected | Location |
|---|---|---|---|---|---|---|
| 1. ROBERTO ENRIQUE TRINIDAD | | | | | | RELEASED |

**ID Search Criteria:** Inmate Register Number 95734-180

New Search    FAQs    Privacy                              Results 1 - 1 of 1

---

Home | About | Inmate Locator | Prison Facilities | Careers
Inmate Matters | Policy / Forms | Doing Business | News / Information
Accessibility | Browser Requirements | Disclaimer | DOJ Legal Policies
Privacy Policy | Search | Site Map